|   |   |
|---|---|
| | Chief District Judge Ricardo S. Martinez |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN HORNBUCKLE,<br><br>                Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>                Defendant. | CASE NO.  C20-0362-RSM<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Noted on Motion Calendar:<br>**May 20, 2020** |

    The parties, through their undersigned counsel and respective attorneys of record, agree that dismissal of the above-captioned action is appropriate.  The parties now hereby stipulate to the dismissal of the above-captioned action, with each party to bear their own fees or costs.

//

//

STIPULATION AND ORDER FOR DISMISSAL
20-cv-0362-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 20th day of May, 2020.

2

3                                        Respectfully Submitted,

4   BRIAN T. MORAN
    United States Attorney

5   *s/ Michelle R. Lambert*
    MICHELLE R. LAMBERT, NYS #4666657
6   Assistant United States Attorney
    United States Attorney's Office
7   1201 Pacific Avenue, Suite 700
    Tacoma, Washington  98402
8   Phone: (253) 428-3824
    Email:  michelle.lambert@usdoj.gov

9
    *Attorneys for Defendant*
10

11  THE HORNBUCKLE FIRM

12  *s/ Stephen S. Hornbuckle*
    STEPHEN S. HORNBUCKLE, WSBA# 39065
13  1408 – 140th Place N.E., Suite 250
    Bellevue, WA 98007
14  Phone: (425) 679-0742
    Email: shornbuckle@thehornbucklefirm.com
15
    *Pro Se Plaintiff*
16

17

18

19

20

21

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is Granted for the reasons set forth in the Stipulation. The case is dismissed with each party to bear their own fees or costs.

SO ORDERED.

Dated this 21st day of May, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL
20-cv-0362-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970